Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−18710−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Paul A. Baynard Sr.　　　　　　　　　　　　　Lori G. Baynard
   aka Paul Alexander Baynard, aka Paul　　　aka Lori Geniene Baynard, aka Lori
   Baynard　　　　　　　　　　　　　　　　　　　　Baynard
   154 N. Hill Drive　　　　　　　　　　　　　　154 N. Hill Drive
   Westampton, NJ 08060　　　　　　　　　　　Westampton, NJ 08060

Social Security No.:
   xxx−xx−5106　　　　　　　　　　　　　　　　xxx−xx−5652

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Certification About a Financial Management Course* (Official Form 423) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: November 18, 2024
JAN: admi

                                                                                                Jeanne Naughton
                                                                                                Clerk