Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−18710−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Paul A. Baynard Sr.
aka Paul Alexander Baynard, aka Paul Baynard
154 N. Hill Drive
Westampton, NJ 08060

Lori G. Baynard
aka Lori Geniene Baynard, aka Lori Baynard
154 N. Hill Drive
Westampton, NJ 08060

Social Security No.:
xxx−xx−5106

xxx−xx−5652

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:

Debtor and Joint Debtor was entered on November 20, 2024.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 20, 2024
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-18710-CMG
Paul A. Baynard, Sr.  Chapter 13
Lori G. Baynard
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: 148 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul A. Baynard, Sr., Lori G. Baynard, 154 N. Hill Drive, Westampton, NJ 08060-5722 |
| 520381211 | + | Township of Westampton, Attn: Tax Office, 710 Rancocas Rd., Westampton, NJ 08060-5642 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2024 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2024 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520429825 | | Email/PDF: bncnotices@becket-lee.com | Nov 20 2024 21:14:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520381192 | + | Email/PDF: bncnotices@becket-lee.com | Nov 20 2024 21:15:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520381193 | + | EDI: CAPITALONE.COM | Nov 21 2024 01:47:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520389672 | + | EDI: AIS.COM | Nov 21 2024 01:47:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520381194 | + | EDI: CITICORP | Nov 21 2024 01:47:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520449514 | | EDI: CITICORP | Nov 21 2024 01:47:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520381195 | + | EDI: CITICORP | Nov 21 2024 01:47:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520381196 | + | EDI: CCS.COM | Nov 21 2024 01:47:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520381197 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 20 2024 21:14:38 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520381198 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 20 2024 21:03:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520387065 | | EDI: DISCOVER | Nov 21 2024 01:47:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520381199 | + | EDI: DISCOVER | Nov 21 2024 01:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

Case 24-18710-CMG    Doc 21    Filed 11/22/24    Entered 11/23/24 00:18:09    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: 148 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520381200 | | Email/Text: bankruptcycourts@equifax.com Nov 20 2024 21:02:00 | | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520381201 | ^ | MEBN Nov 20 2024 20:53:54 | | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520381202 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com Nov 20 2024 21:02:00 | | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520381203 | + | EDI: IRS.COM Nov 21 2024 01:47:00 | | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520381204 | | EDI: JPMORGANCHASE Nov 21 2024 01:47:00 | | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 520412808 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com Nov 20 2024 21:02:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520384466 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 20 2024 21:00:43 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520440540 | ^ | MEBN Nov 20 2024 20:54:51 | | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520381205 | + | Email/PDF: resurgentbknotifications@resurgent.com Nov 20 2024 21:14:33 | | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520381206 | | Email/Text: camanagement@mtb.com Nov 20 2024 21:02:00 | | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520438937 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 20 2024 21:03:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520381207 | + | Email/Text: bankruptcydpt@mcmcg.com Nov 20 2024 21:03:00 | | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520453628 | | Email/Text: Bankruptcy.Notices@pnc.com Nov 20 2024 21:01:00 | | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520381208 | | Email/Text: Bankruptcy.Notices@pnc.com Nov 20 2024 21:01:00 | | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520381209 | | Email/Text: signed.order@pfwattorneys.com Nov 20 2024 21:01:00 | | Pressler, Felt & Warshaw LLP, Attn: Ian Zev Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520422114 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 20 2024 21:14:59 | | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520381210 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Nov 20 2024 21:01:00 | | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520381212 | ^ | MEBN Nov 20 2024 20:54:13 | | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520394933 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov Nov 20 2024 21:03:00 | | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520429829 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Thomas G. Egner | on behalf of Debtor Paul A. Baynard Sr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Joint Debtor Lori G. Baynard tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5