Office Mailing Address:
Albert Russo, Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2024 to 12/31/2024

**Chapter 13 Case No. 24-18710 / CMG**

Paul A. Baynard, Sr.
Lori G. Baynard

Petition Filed Date: 09/03/2024
341 Hearing Date: 10/03/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/08/2024 | $997.00 | 10017478 | 11/01/2024 | $498.50 | 10053135 | 11/21/2024 | $498.50 | 10083543 |
| 12/09/2024 | $499.00 | 53266469 | 12/23/2024 | $499.00 | 53507132 | | | |

**Total Receipts for the Period: $2,992.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $3,491.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Paul A. Baynard, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Thomas G. Egner, Esq.<br>»» DISMISSAL ORDER 11/20/24 | Attorney Fees | $4,500.00 | $0.00 | $4,500.00 |
| 1 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $907.25 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $6,377.39 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,271.53 | $0.00 | $0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $688.65 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,935.28 | $0.00 | $0.00 |
| 6 | US DEPT OF EDUCATION c/o NELNET | Unsecured Creditors | $228,459.22 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $900.28 | $0.00 | $0.00 |
| 8 | RESURGENT RECEIVABLES, LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,899.12 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | Unsecured Creditors | $2,258.14 | $0.00 | $0.00 |
| 10 | AMERICAN EXPRESS | Unsecured Creditors | $7,915.29 | $0.00 | $0.00 |
| 11 | LVNV FUNDING LLC<br>»» #DC-006251-06 | Unsecured Creditors | $342.30 | $0.00 | $0.00 |
| 12 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CREDIT ONE BANK, NA | Unsecured Creditors | $1,140.87 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/BOSCOV'S | Unsecured Creditors | $983.73 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK, NA/CUSTOM CASH | Unsecured Creditors | $5,325.00 | $0.00 | $0.00 |
| 15 | LAKEVIEW LOAN SERVICING LLC<br>»» P/154 N. HILL DRIVE/1ST MTG | Mortgage Arrears | $688.30 | $0.00 | $0.00 |
| 16 | CITIBANK, N.A.<br>»» MACY'S AMERICAN EXPRESS CARD | Unsecured Creditors | $1,846.38 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-18710 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 17 | PNC Bank, N.A.<br>»» 2018 INFINITI QX60 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,491.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $997.00 |
| Paid to Trustee: | $296.74 | Arrearages: | $497.00 |
| Funds on Hand: | $3,194.26 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

