Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−18710−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Paul A. Baynard Sr. | Lori G. Baynard |
| aka Paul Alexander Baynard, aka Paul Baynard | aka Lori Geniene Baynard, aka Lori Baynard |
| 154 N. Hill Drive | 154 N. Hill Drive |
| Westampton, NJ 08060 | Westampton, NJ 08060 |

Social Security No.:
xxx−xx−5106                                                     xxx−xx−5652

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 10, 2025.

Dated: February 11, 2025
JAN: rms

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-18710-CMG
Paul A. Baynard, Sr.  Chapter 13
Lori G. Baynard
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Feb 11, 2025     Form ID: plncf13     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul A. Baynard, Sr., Lori G. Baynard, 154 N. Hill Drive, Westampton, NJ 08060-5722 |
| 520381211 | + | Township of Westampton, Attn: Tax Office, 710 Rancocas Rd., Westampton, NJ 08060-5642 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520429825 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 20:57:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520381192 | + | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 20:57:39 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520381193 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 11 2025 20:56:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520389672 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 11 2025 21:08:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520381194 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 21:08:12 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520449514 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 20:56:32 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520381195 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 11 2025 20:56:55 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520381196 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 11 2025 20:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520381197 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 11 2025 20:56:32 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520381198 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 11 2025 20:50:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520387065 | | Email/Text: mrdiscen@discover.com | Feb 11 2025 20:49:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520381199 | + | Email/Text: mrdiscen@discover.com | Feb 11 2025 20:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: plncf13 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| 520381200 | | Email/Text: bankruptcycourts@equifax.com | Feb 11 2025 20:50:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520381201 | ^ | MEBN | Feb 11 2025 20:43:13 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520381202 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 11 2025 20:49:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520381203 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2025 20:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520381204 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2025 20:56:21 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203 |
| 520412808 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 11 2025 20:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520384466 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 20:56:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520440540 | ^ | MEBN | Feb 11 2025 20:43:34 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520381205 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 20:56:51 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520381206 | | Email/Text: camanagement@mtb.com | Feb 11 2025 20:50:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520438937 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2025 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520381207 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 11 2025 20:50:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520453628 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2025 20:49:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 520381208 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 11 2025 20:49:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520381209 | | Email/Text: signed.order@pfwattorneys.com | Feb 11 2025 20:49:00 | Pressler, Felt & Warshaw LLP, Attn: Ian Zev Winograd, Esq., 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520422114 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 11 2025 20:56:52 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520381210 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 11 2025 20:49:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520381212 | ^ | MEBN | Feb 11 2025 20:43:19 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520394933 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 11 2025 20:50:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520429829 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Thomas G. Egner | on behalf of Debtor Paul A. Baynard Sr. tegner@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| Thomas G. Egner | on behalf of Joint Debtor Lori G. Baynard tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5